# Court of Appeals
# of the State of Georgia

ATLANTA,  November 28, 2017

*The Court of Appeals hereby passes the following order:*

## A18A0792.  MICHAEL SHANE HUGGINS v. THE STATE.

Michael Shane Huggins, who has been charged with child molestation and multiple counts of aggravated sexual battery, filed a special demurrer to the indictment, asserting that the date range could be narrowed.  The trial court denied the special demurrer, and Huggins filed this direct appeal.

As a general rule, a right of direct appeal lies from a final judgment; that is, where the case is no longer pending below.[1] See OCGA § 5-6-34 (a) (1). An order denying a special demurrer is not a final order.  Rather, "objections to overruling a special demurrer are reviewable by the appellate courts under the interlocutory appeal procedures of OCGA § 5-6-34 (b), or after conviction." *Ivey v. State*, 210 Ga. App. 782, 782 (437 SE2d 810) (1993).  Because Huggins failed to comply with this Court's interlocutory procedures, this premature appeal is hereby DISMISSED.

---

[1] The Supreme Court has created limited exceptions to this rule. See *Hubbard v. State*, 254 Ga. 694 (333 SE2d 827) (1985) (statutory speedy trial claim); *Patterson v. State*, 248 Ga. 875 (287 SE2d 7) (1982) (double jeopardy). Here, Huggins has not asserted a statutory speedy trial claim or a claim of double jeopardy.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __11/28/2017__
    *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
    *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*